**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

JIANGMEN YULAN RATTAN
FURNITURE FACTORY,

     Plaintiff,

                              CASE NO.:

v.

TWIN STAR INTERNATIONAL, INC.,
d/b/a TWIN STAR HOME,

     Defendant.

---

## COMPLAINT

**COMES NOW** Plaintiff, JIANGMEN YULAN RATTAN FURNITURE FACTORY (hereinafter "Yulan Rattan" or "Plaintiff"), by and through its undersigned counsel, and hereby sues Defendant, TWIN STAR INTERNATIONAL, INC. d/b/a TWIN STAR HOME (hereinafter "Twin Star" or "Defendant"), and in support thereof, states:

### JURISDICTION AND VENUE

1. Plaintiff is owed damages in excess of **one million, one hundred and eighty-eight thousand, eight hundred and thirty-six dollars and seventy-eight cents ($1,188,836.78)**, and the controversy between the parties is between (a) a citizen of the State of Florida and (b) a citizen of a foreign country. Therefore, this Court has diversity jurisdiction pursuant to 28 U.S.C. 1332(a)(2).

2. This Court has subject matter and personal jurisdiction over the Plaintiff, who consents to the jurisdiction of this Court, and Defendant pursuant to 28 U.S.C. § 1332.

3. Additionally, venue in this judicial district is proper pursuant to 28 U.S.C. §1391(b)(1)-(2) and (c).

## THE PARTIES

4.      Plaintiff, Yulan Rattan, is a corporation with its principal place of business located in Jiangmen, Guangdong Province, China. However, Plaintiff conducts continuous business in various states in the United States of America.

5.      Defendant, Twin Star, is a Florida corporation residing in Boca Raton, Palm Beach County, Florida, United States of America.

## FACTUAL BACKGROUND

6.      Plaintiff, Yulan Rattan, is a furniture manufacturer and exporter located in China.

7.      Defendant, Twin Star, is an international furniture seller with its principal place of business located in the State of Florida. Twin Star is also a publicly-traded company and a portfolio company of Z Capital Partners, L.L.C.

8.      Grand Basket, Inc. (hereinafter "Grand Basket"), is a furniture seller located in the State of Colorado which, upon information and belief, used to sell furniture throughout the United States.

9.      Prior to February 15, 2023, Yulan Ratan entered into a verbal contract with Grand Basket to sell Furniture.

10.     Between February 15, 2023, and November 30, 2023, pursuant to the Grand Basket Contract, Yulan Rattan manufactured, shipped, and delivered the Furniture in accordance with the Grand Basket Contract, and issued various invoices to Grand Basket for payment.

11.     On or about January 3, 2024, Grand Basket's operations were officially acquired by Twin Star, with Grand Basket becoming a wholly-owned subsidiary of Twin Star.[1]

<u>Twin Star Purchases Furniture and Accrues Its Own New Debt</u>

12.     In reliance on Twin Star's representations that continued shipments were necessary for repayment of the "old" debt accrued by Grand Basket, Yulan Rattan agreed to continue selling new products to Twin Star and continue shipments, beginning in January of 2024, in exchange for payment being made on a "net30" basis (hereinafter the "Twin Star Contract"). The parties orally agreed that the Twin Star Contract would follow the terms of the Grand Basket Contract.

13.     Between January of 2024 and August of 2024, Yulan Rattan shipped new Furniture to Twin Star pursuant to the Twin Star Contract with a total price of **three million, six hundred and eighty-eighty thousand, eight hundred and thirty-six dollars and seventy-eight cents ($3,688,836.78)**. Invoices reflecting the Furniture purchased by and shipped to Twin Star that remain unpaid are attached hereto and incorporated herein by reference as **Composite Exhibit A**.

14.     During that same period of time, Twin Star paid Yulan Rattan **two million, five hundred thousand dollars ($2,500,000.00)** for said new Furniture, leaving an unpaid balance of **one million, one hundred and eighty-eight thousand, eight hundred and thirty-six dollars and seventy-eight cents ($1,188,836.78)** for the "new" Twin Star debt.

---

[1] *See* <u>ZCG-Backed Twin Star Home Acquires Grand Basket, Strengthening Omnichannel Leadership In Outdoor Products</u>, published in *Businesswire*, January 3, 2024.

15.     At no time did Twin Star uphold its prior agreement to repay the "old" Grand Basket debt that it had guaranteed in writing—no money was paid to compensate Yulan Rattan for the "old" Grand Basket debt.

16.     On September 19, 2025, Yulan Rattan, through its legal counsel, sent correspondence to Twin Star's Chief Operating Officer, Richard Garrity, demanding repayment of five million, seven hundred and seventy-nine thousand, fifty-four dollars and ten cents ($5,779,054.10) for both the "old" Grand Basket debt and the "new" Twin Star debt, inclusive of interest to that time. A true and correct copy of this September 19, 2025 Demand Letter from Yulan Rattan to Twin Star is attached hereto and incorporated herein by reference as **Exhibit B**.[2]

17.     Twin Star never responded to **Exhibit B**.

18.     Yulan Rattan has retained the undersigned law firm to represent it in this action and is obligated to pay reasonable attorney's fees in conjunction with same.

19.     All conditions precedent to the prosecution of this action have occurred, been waived, or were performed.

## COUNT I – BREACH OF CONTRACT

20.     Plaintiff hereby reincorporates paragraphs 1-19 as fully restated herein.

21.     At all material times stated above, there was a valid and binding contract between Yulan Rattan and Twin Star for the purchase and sale of Furniture from Yulan Rattan to Twin Star in exchange for valuable consideration in the form of moneys paid.

22.     By failing to pay moneys owed for the "new" Twin Star debt, Twin Star materially breached the Twin Star Contract between itself and Yulan Rattan.

---

[2] Although this demand letter demanded repayment of $5,799,054.10, the instant lawsuit seeks only repayment of the "new" Twin Star debt in the amount of $1,188,836.78.

23. Twin Star's material breach of the Twin Star Contract directly and proximately caused tangible damages to Yulan Rattan in excess of **one million, one hundred and eighty-eight thousand, eight hundred and thirty six dollars and seventy-eight cents ($1,188,836.78)**, exclusive of interest, the exact amount to be determined through discovery or at trial.

WHEREFORE, Plaintiff, JIANGMEN YULAN RATTAN FURNITURE FACTORY, hereby demands judgment against Defendant, TWIN STAR INTERNATIONAL, INC., d/b/a TWIN STAR HOME, for all compensatory damages, interest, costs, and all other such relief as this Honorable Court deems just and proper.

<u>**COUNT II – UNJUST ENRICHMENT**</u>

24. Plaintiff hereby reincorporates paragraphs 1-8 and 11-19 as fully restated herein.

25. This is an action for unjust enrichment against Defendant and is pled in the alternative to Count I for Breach of Contract, and only if the Court finds that no valid or enforceable contract existed between the parties or that any such valid or enforceable contract was rescinded at any material time.

26. Between January of 2024 and August of 2024, Yulan Rattan conferred benefits upon Twin Star in excess of **one million, one hundred and eighty-eight thousand, eight hundred and thirty-six dollars and seventy-eight cents ($1,188,836.78)**, exclusive of interest, the exact amount to be determined through discovery or at trial.

27. Twin Star appreciated and had knowledge of this benefit by virtue of Twin Star's acceptance of the furniture shipped by Yulan Rattan and the corresponding invoices forwarded by Yulan Rattan to Twin Star.

28.     Twin Star's acceptance and retention of the benefits conferred by Yulan Rattan in the form of furniture received makes it inequitable that Twin Star should retain said benefits without payment of the value of same.

WHEREFORE, Plaintiff, JIANGMEN YULAN RATTAN FURNITURE FACTORY, hereby demands judgment against Defendant, TWIN STAR INTERNATIONAL, INC., d/b/a TWIN STAR HOME, for damages, interest, attorneys' fees and costs, and all other such relief as this Honorable Court deems just and proper.

<b><u>DEMAND FOR JURY TRIAL</u></b>

The Plaintiff hereby demands trial by jury on all issues so triable.

Dated: <u>January 22, 2026.</u>

LAWHON GOGGIN LLP
Attorneys for Plaintiff Jiangmen Yulan
Rattan Furniture Factory
3003 Tamiami Trail N., Suite 200
Naples, FL 34103
(239) 325-8956 Telephone
(239) 236-3300 Facsimile
tonylawhon@lawhon-law.com
eriktrzyna@lahon-law.com
cathyray@lawhon-law.com
oliviabauer@lawhon-law.com

/s/ Anthony M. Lawhon, Esq.
Anthony M. Lawhon, Esq.
Florida Bar No.: 965390
Erik J. Trzyna, Esq.
Florida Bar No.: 1038517